Case 2:13-cv-00720-JES-CM   Document 1   Filed 10/11/13   Page 1 of 5 PageID 1

FILED

2013 OCT 11  PM 12: 52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Divison: Ft. Myers
Case No:
(State Court Case No. 13-CA-2904)

SCOTT INTIHAR,

    Plaintiff,

vs.

CITIZENS INFORMATION ASSOCIATES, LLC, d/b/a MUGSHOTSONLINE.COM,

    Defendant.

2:13-cv-720-FtM-29UAM

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, CITIZENS INFORMATION ASSOCIATES, LLC, d/b/a MUGSHOTSONLINE.COM, a Texas Limited Liability Company, ("CIA"), by and through their undersigned attorneys, and pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441(b), and 28 U.S.C. §1446(a) and (b), hereby move this Court for an Order removing this matter from the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, to the United States District Court, Middle District of Florida, and in support states as follows:

**A.    Background**

    1.    CIA is a Texas Limited Liability Company with its principal place of business in Austin, Texas. A copy of the Certificate of Formation for Citizens Information Associates, LLC is attached hereto as **Exhibit "A."**

    2.    Plaintiff, Scott Intihar, is a Florida resident.

1

3. The parties are completely diverse.

4. On September 20, 2013, CIA's registered agent was served with the Complaint in Dallas, Texas. A copy of the served Summons is attached hereto as **Exhibit "B."**

5. The only pending pleading in the state action is the two Count Complaint for Defamation and Defamation Per Se. A copy of the Complaint is attached hereto as **Exhibit "C."**

6. This action exceeds this Court's amount in controversy requirement of $75,000.00 US Dollars. On or about September 24, 2013, opposing counsel spoke with Joseph Centrich, Esq. and made a demand for more then $75,000.00. A copy of the Affidavit of Joseph Centrich, Esq. is attached hereto as **Exhibit "D."**

7. Removal of this action to federal court on diversity grounds is appropriate.

**B.  Memorandum of Law**

Pursuant to 28 U.S.C. § 1332(a), district courts shall have original jurisdiction over all civil actions involving citizens of different states where the amount in controversy exceeds $75,000.00. "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §

2

1441(a).

CIA is completely diverse from Plaintiff. CIA is a Texas Limited Liability Company with its principal place of business in Austin, Texas. According to Mr. Intihar's own admission he is a resident of Florida. Also by Mr. Intihar's own admission, this action exceeds the $75,000.00 amount in controversy for the jurisdiction of this Court. As a result, this action should be removed to the district court on diversity grounds.

WHEREFORE, Defendant, CITIZEN INFORMATION ASSOCIATES, LLC, d/b/a MUGSHOTSONLINE.COM, respectfully requests this Court remove this action to the jurisdiction of the United States District Court in and for the Middle District of Florida and for any and all further relief this Court deems equitable and just.

Dated: October 10, 2013.

Respectfully Submitted,

By: _____
SCOTT KONOPKA, ESQ. (Trial Counsel)
Florida Bar No. 080489
E-mail: skonopka@mrachek-law.com
Mrachek, Fitzgerald, Rose, Konopka & Dow, P.A.
1000 S.E. Monterey Commons Blvd., Suite 306
Stuart, Florida 34996
Tel (772) 221-7757 / Fax (772) 781-6886
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 10th day of October 2013, we sent via Federal Express the foregoing documents to the Clerk of the Court of the Middle District of Florida, Ft. Myers division. We also certify that we will promptly provide opposing counsel with notification pursuant to Rule 28 U.S.C. §1446(3)(d).

Respectfully submitted,

By: _____
SCOTT KONOPKA, ESQ. (Trial Counsel)
Florida Bar No. 080489
E-mail: skonopka@mrachek-law.com
Mrachek, Fitzgerald, Rose, Konopka, & Dow, P.A.
1000 S.E. Monterey Commons Blvd., Suite 306
Stuart, Florida 34996
Tel (772) 221-7757 / Fax (772) 781-6886
*Attorney for Defendant*

## SERVICE LIST

## SCOTT INTIHAR
## vs.
## CITIZENS INFORMATION ASSOCIATES, LLC, d/b/a MUGSHOTSONLINE.COM
## CASE NO:
United States District Court, Middle District of Florida (Ft. Myers)

| | |
|---|---|
| Adam M. Balkan, Esq. | Scott Konopka, Esquire |
| Email: Adam@balkanpatterson.com | Email: skonopka@mrachek-law.com |
| Balkan & Patterson, LLP | Mrachek, Fitzgerald, Rose, Konopka, & Dow, P.A. |
| 1677 South Federal Highway, Suite 100 | 1000 SE Monterey Commons Blvd. |
| Boca Raton, FL 33432 | Suite 306 |
| Tel. (561) 750-9191/Fax: (561) 750-1574 | Stuart, FL 34996 |
| *Attorney for the Plaintiff* | Tel (772) 221-7757 / Fax (772) 781-6886 |
| | *Attorney for the Defendant* |

W:\Stuart\CASES\MUG SHOTS ONLINE\PLEADINGS - FEDERAL\2013 10 10 Defs Notice of Removal_FINAL.wpd

5